UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number:  10-62205-CV-MOORE/SIMONTON

ELLIOT GLASS,

    Plaintiff,

vs.

PROFESSIONAL RECOVERY SERVICES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the parties to this action submit this Joint Stipulation of Dismissal with prejudice.  The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: June 8, 2011                                                     Respectfully submitted,

/s Andrew I. Glenn                                                      /s David P. Harnett
Andrew I. Glenn
E-mail:  Andrew@cardandglenn.com                 David P. Hartnett, Esq.
Florida Bar No.:  577261                                        Florida Bar No. 946631
J. Dennis Card, Jr.                                                    Email: dhartnett@hinshawlaw.com
E-mail:  Dennis@cardandglenn.com                   Hinshaw & Culbertson LLP
Florida Bar No.  0487473                                      9155 S. Dadeland Boulevard, Suite 1600
Card & Glenn, P.A.                                                 Miami, FL 33156-2741
2501 Hollywood Boulevard, Suite 100             Telephone: (305) 358-7747
Hollywood, Florida 33020                                    Facsimile: (305) 577-1063
Telephone:  (954) 921-9994                                 Attorneys for Defendant
Facsimile:   (954) 921-9553
Attorneys for Plaintiff

1